UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JACKIE J. SWINSON,              )<br>                                 )<br>     Plaintiff,                 )<br>v.                               )<br>                                 )<br>HARTFORD LIFE AND ACCIDENT       )<br>INSURANCE COMPANY,               )<br>                                 )<br>     Defendant.                 )  | Case No. CV415-033 |

## **O R D E R**

Jackie J. Swinson brought this ERISA action against defendant Hartford Life and Accident Insurance Company. Doc. 1. Hartford's May 29, 2015 Answer (doc. 6) triggered the requirement that the parties confer and file a report pursuant to Fed. R. Civ. P. 26(f). *See* Local Rule 26.1(a) & (b) (requiring parties to confer no later than 45 days after the first appearance of *any* defendant by Answer or Rule 12(b) motion, and to submit a Rule 26(f) report within 14 days thereafter); doc. 2 (Court's general order mandating compliance with L.R. 26.1). That report was due July 27, 2015 (45 + 14 = 59 days following May 29, 2015, which is July 27, 2015). It has not surfaced.

Swinson therefore shall, within 14 days of the date this Order is served, show why this case should not be dismissed without prejudice for abandonment and violation of both a Court rule and an Order. *See* Fed. R. Civ. P. 41(b); Local Rule 41.1(c); *Collins v. Lake Helen, L.P.*, 249 F. App'x 116, 120 (11th Cir. 2007) ("[D]istrict court[s] possesses the inherent power to police [their] docket[s]" and to prune out those cases left to languish by their litigants) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962)); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989).

**SO ORDERED,** this 12th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA