IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JACKIE J. SWINSON,

    Plaintiff,

v.

HARTFORD LIFE & ACCIDENT
INSURANCE COMPANY,

    Defendant.

CASE NO. CV415-033

FILED U.S. DISTRICT COURT SAVANNAH DIV. AUG 24 2015

## O R D E R

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Doc. 12.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, all claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 24th day of August 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA